FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 20 2009

JAMES N. HATTEN, Clerk
*[signature]* A. White, Deputy Clerk

Charles K. Graber, Esquire, P.C.
A Pennsylvania Professional Corporation
By: Charles K. Graber, Esquire
150 South Warner Road, Suite 156
King of Prussia, Pennsylvania 19406
(610) 535-6420
cgraber@graber-law.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THOMAS DEVINE<br>61 Fieldstone Road<br>Skillman, NJ 085558<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTIAN A. MIHOK<br>a/k/a CHRIS A. MIHOK<br>a/k/a CHRISTIAN ANDREW MIHOK,<br>1063 Grindle Bridge Road<br>Dahlonega, GA 30533<br><br>FLIGHT-DYNAMIX, LLC.<br>1063 Grindle Bridge Road<br>Dahlonega, GA 30533<br><br>VIPER PITS<br>1063 Grindle Bridge Road<br>Dahlonega, GA 30533<br><br>FIGHTER WING<br>1063 Grindle Bridge Road<br>Dahlonega, GA 30533<br><br>ADVANCED COMPUTER CONCEPTS,<br>INC.<br>1063 Grindle Bridge Road<br>Dahlonega, GA 30533 | No.  **1 09-MI-0342**<br><br>**REQUEST TO CLERK FOR<br>REGISTRATION OF DISTRICT<br>COURT JUDGMENT RENDERED<br>IN THE DISTRICT OF NEW JERSEY** |

```
AGOGI LEARNING SYSTEMS, LLC          :
1063 Grindle Bridge Road             :
Dahlonega, GA 30533                  :
                                     :
APPALACHIAN APPLES, INC.             :
1063 Grindle Bridge Road             :
Dahlonega, GA 30533                  :
                                     :
         and                         :
                                     :
PRINCEPS, INC.                       :
1063 Grindle Bridge Road             :
Dahlonega, GA 30533                  :
                                     :
         Defendants.                 :
                                     :
```

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:**

You are requested to register promptly in your District pursuant to 28 U.S.C. § 1963 a judgment rendered and entered in a civil action, Docket No. 08-CV-5542, by the United States District Court for the District of New Jersey, Trenton Vicinage, on June 16, 2009, in favor of Thomas Devine and against Defendants, Christian A. Mihok, a/k/a Chris A. Mihok, a/k/a Christian Andrew Mihok, Flight-Dynamix, LLC, Viper Pits, Fighter Wing, Advanced Computer Concepts, Agogi Learning Systems, LLC, Appalachian Apples, Inc. and Princeps, Inc., jointly and severally. The judgment is for the recovery of $115,375.94 as more fully shown by the attached certified copy of the judgment. The judgment is a final judgment in that no appeal was ever taken from the judgment and the time for such appeal has expired.

You are requested to notify the undersigned, attorney for Plaintiff, Thomas Devine, at the address set out below as soon as the registration is effected in order that enforcement of the judgment in your district may be expedited.

Respectfully submitted,

CHARLES K. GRABER, ESQUIRE, P.C.
A Pennsylvania Professional Corporation

By: _____
Charles K. Graber

150 South Warner Road, Suite 156
King of Prussia, PA 19406
(610) 535-6420

Attorney for Plaintiff

Dated: August 13, 2009